AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>HENRY MALDONADO (1),<br>THOMAS D. WALLACE (2),<br>JOSE GUZMAN (3)<br><br>*Defendant(s)* | Case No. 12-MJ-2151-MBB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 23, 2012__ in the county of __Essex MA, Hillsborough NH,__ in the _____ District of __MA and NH__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1201(c) | Conspiracy to Commit Kidnapping |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

JOHN ORLANDO, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 25, 2012

_____
*Judge's signature*

City and state:  Boston, Massachusetts

Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*